EL PUEBLO *v.* MERCADO.

APELACIÓN procedente de la Corte de Distrito de Ponce.

No. 101.—Resuelto en noviembre 11, 1907.

APELACIÓN—ERRORES MANIFIESTOS.—No apareciendo de los autos que se haya cometido algún error que justifique la revocación de la sentencia apelada, ésta debe ser confirmada.

Los hechos están expresados en la opinión.

Abogado del apelado: *Sr. Rossy, Fiscal.*

La parte apelante no compareció.

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal.

El demandado Salustiano Mercado fué acusado en la Corte de Distrito de Mayagüez del delito electoral, y después del juicio fué condenado á la pena de $50, ó en su defecto, á un mes de cárcel y costas.

La causa fué elevada á este Tribunal Supremo en apelación, pero no nos ha sido certificada la prueba en manera alguna, y puesto que no hemos encontrado en el récord ningún error, debe confirmarse la sentencia apelada.

*Confirmada.*

Jueces concurrentes: Sres. Presidente Quiñones y Asociados, Hernández, Figueras y MacLeary.